**Thomas Martin THOMPSON, Petitioner–Appellant,**

v.

**Arthur CALDERON, Warden of the California State Prison at San Quentin, Respondent–Appellee.**

No. 97–99018.

United States Court of Appeals, Ninth Circuit.

Aug. 3, 1997.

Before: HUG, Chief Judge, BROWNING, FLETCHER, PREGERSON, REINHARDT, HALL, KOZINSKI, T.G. NELSON, KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

Petitioner's appeal of the district court's denial of his Rule 60(b) motion is dismissed without prejudice as moot.